

### TEXAS SECRETARY of STATE
**RUTH R. HUGHS**

#### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802123594 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | December 22, 2014 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32055957362 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | CHG Hospital Houston, LLC |
| **Address:** | 2200 ROSS AVENUE, SUITE 5400 <br> DALLAS, TX 75201 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Name** | | **Address** | | | **Inactive Date** |
| C T Corporation System | | 1999 Bryan St., Ste. 900 <br> Dallas, TX 75201-3136 USA | | | |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

**TEXAS SECRETARY of STATE**
**RUTH R. HUGHS**

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802123594 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | December 22, 2014 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32055957362 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | CHG Hospital Houston, LLC | | |
| **Address:** | 2200 ROSS AVENUE, SUITE 5400  DALLAS, TX 75201 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **View Image** | **Document Number** | **Filing Type** | **Filing Date** | **Effective Date** | **Eff. Cond** | **Page Count** |
| | 583580740002 | Certificate of Formation | December 22, 2014 | December 22, 2014 | No | 1 |
| | 585763400002 | Certificate of Amendment | January 8, 2015 | January 8, 2015 | No | 3 |
| | 606277810003 | Certificate of Assumed Business Name | May 12, 2015 | May 12, 2015 | No | 2 |
| | 606277810005 | Certificate of Assumed Business Name | May 12, 2015 | May 12, 2015 | No | 2 |
| | 701142620001 | Public Information Report (PIR) | December 31, 2015 | November 22, 2016 | No | 2 |
| | 739096310001 | Public Information Report (PIR) | December 31, 2016 | May 22, 2017 | No | 1 |
| | 798741780001 | Public Information Report (PIR) | December 31, 2017 | March 8, 2018 | No | 1 |
| | 840925540002 | Certificate of Assumed Business Name | October 4, 2018 | October 4, 2018 | No | 1 |
| | 840918260002 | Certificate of Assumed Business Name | October 4, 2018 | October 4, 2018 | No | 1 |
| | 841361960002 | Certificate of Assumed Business Name | October 5, 2018 | October 5, 2018 | No | 1 |
| | 876059320001 | Public Information Report (PIR) | December 31, 2018 | March 21, 2019 | No | 1 |

[ Order ]   [ Return to Search ]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

133307C 780701
TX2018  05-102
Ver. 9.0  (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ Tcode 13196

■ Taxpayer number: 32055957362

■ Report year: 2018

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name: CHG HOSPITAL HOUSTON, LLC

Mailing address: 2200 ROSS AVENUE, SUITE 5400
City: DALLAS   State: TX   ZIP code plus 4: 75201

Secretary of State (SOS) file number or Comptroller file number: 0802123594

☐ Check box if the mailing address has changed.

☐ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: 2200 ROSS AVENUE, SUITE 5400 DALLAS, TX 75201
Principal place of business: 2200 ROSS AVENUE, SUITE 5400 DALLAS, TX 75201

You must report officer, director, member, general partner and manager information as of the date you complete this report.
**Please sign below!**

This report must be signed to satisfy franchise tax requirements.

3205595736218

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| STEVE JAKUBCANIN | PRESIDENT | ☐ YES | |
| Mailing address: 2200 ROSS AVENUE, SUITE 5400  City: DALLAS  State: TX  ZIP Code: 75201 | | | |
| KURT SCHULTZ | TREASURER | ☐ YES | |
| Mailing address: 2200 ROSS AVENUE, SUITE 5400  City: DALLAS  State: TX  ZIP Code: 75201 | | | |
| | | ☐ YES | |
| Mailing address:  City:  State:  ZIP Code: | | | |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| CHG CRNRSTNE HOSPITAL OF HOUSTON | TX | 0800503179 | 100.00 |

Registered agent and registered office currently on file (see instructions if you need to make changes)
Agent: CT CORPORATION SYSTEM, INC.
Office: 1999 BRYAN ST, SUITE 900   City: DALLAS   State: TX   ZIP Code: 75201

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

sign here ▶ [signature]   Title: CEO   Date: 11-14-18   Area code and phone number: (469) 621-6707



Texas Comptroller Official Use Only

VE/DE ☐    PIR IND ☐

1019

FILED
In the Office of the
Secretary of State of Texas

OCT 0 5 2018

Corporations Section

ASSUMED NAME CERTIFICATE
OF
CHG HOSPITAL HOUSTON, LLC

*For Filing with the Texas Secretary of State*

1. The assumed name under which the business or professional services is, or is to be, conducted or rendered is: **Cornerstone Specialty Hospitals Bellaire**

2. The legal name of the entity filing the assumed name is: **CHG Hospital Houston, LLC**

3. The entity filing the assumed name is a: **domestic limited liability company**.

4. The file number, if any, issued to the entity by the secretary of state is: **802123594**.

5. The state, country, or other jurisdiction of formation of the entity is: **Texas**.

6. The registered office or similar office address of the entity in its jurisdiction of formation is: **1999 Bryan Street, Suite 900, Dallas, Texas 75201**.

7. The entity's principal office in Texas is: **2200 Ross Avenue, Suite 5400, Dallas, Texas 75201**.

8. The period during which the assumed name will be used is: **10 years from the date of filing with the secretary of state**.

9. The county or counties where business or professional services are being or are to be conducted or rendered under the assumed name are: **All counties**.

## EXECUTION

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized to execute the filing instrument.

Date: September 24, 2018.

CHG HOSPITAL HOUSTON, LLC

BY: _____

PRINTED NAME: David J. McDonough

TITLE: Secretary & General Counsel

**TEXAS SECRETARY of STATE**
**RUTH R. HUGHS**

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 802123594 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | December 22, 2014 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32055957362 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** CHG Hospital Houston, LLC
**Address:** 2200 ROSS AVENUE, SUITE 5400
DALLAS, TX 75201 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Last Update** | **Name** | | **Title** | **Address** | |
| March 21, 2019 | STEVE JAKUBCANIN | | PRESIDENT | 2200 ROSS AVENUE, SUITE 5400 DALLAS, TX 75201 USA | |
| March 21, 2019 | KURT SCHULTZ | | TREASURER | 2200 ROSS AVENUE, SUITE 5400 DALLAS, TX 75201 USA | |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

**TEXAS SECRETARY of STATE**
**RUTH R. HUGHS**

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802123594 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | December 22, 2014 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32055957362 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | CHG Hospital Houston, LLC | | |
| **Address:** | 2200 ROSS AVENUE, SUITE 5400 DALLAS, TX 75201 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Name** | | **Name Status** | **Name Type** | **Name Inactive Date** | **Consent Filing #** |
| CHG Hospital Clearlake, LLC | | Prior | Legal | January 8, 2015 | 0 |
| CHG Hospital Houston, LLC | | In use | Legal | | 0 |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

<u>TEXAS SECRETARY of STATE</u>
**RUTH R. HUGHS**

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 802123594 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | December 22, 2014 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32055957362 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | CHG Hospital Houston, LLC | | |
| **Address:** | 2200 ROSS AVENUE, SUITE 5400 DALLAS, TX 75201 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Assumed Name** | **Date of Filing** | **Expiration Date** | **Inactive Date** | **Name Status** | **Counties** |
| Cornerstone Hospital Houston - Clear Lake | May 12, 2015 | May 12, 2025 | | Active | All Counties |
| Cornerstone Hospital Houston - Bellaire | May 12, 2015 | May 12, 2025 | | Active | All Counties |
| Cornerstone Specialty Hospitals Houston | October 4, 2018 | October 4, 2028 | | Active | All Counties |
| Cornerstone Specialty Hospitals Clear Lake | October 4, 2018 | October 4, 2028 | | Active | All Counties |
| Cornerstone Specialty Hospitals Bellaire | October 5, 2018 | October 5, 2028 | | Active | All Counties |

[Order]   [Return to Search]

<u>Instructions</u>:
- To place an order for additional information about a filing press the 'Order' button.